9

FILED IN OPEN COURT
FEB 25 2026
CHRISTOPHER EKMAN
CLERK

SGL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIM. NO.** 26-042-JB |
| | * | **USAO NO. 25R00524** |
| **v.** | * | |
| | * | **VIOLATIONS: 18 U.S.C. § 1703(a)** |
| **TIMOTHY CHANDLER, JR.** | * | **18 U.S.C. § 1708** |
| | * | |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Delay or Destruction of Mail**
**Title 18, United States Code, Section 1703(a)**

From on or about February 7, 2025, and continuing to on or about November 29, 2025, in the Southern District of Alabama, the defendant,

**TIMOTHY CHANDLER, JR.,**

a Postal Service officer or employee, unlawfully secreted, destroyed, detained, and delayed, packages, mail, and articles and things contained therein, which were entrusted to him, and which were intended to be conveyed by mail, or carried or delivered, from any post office or station established by authority of the Postmaster General or the Postal Service.

In violation of Title 18, United States Code, Section 1703(a).

**COUNTS TWO THROUGH FOUR**
**Possession of Stolen Mail**
**Title 18, United States Code, Section 1708**

From on or about February 7, 2025, and continuing to on or about November 29, 2025, in the Southern District of Alabama, the defendant,

**TIMOTHY CHANDLER, JR.,**

unlawfully had in his possession letters, packages, mail, and articles and things contained therein, which had been stolen, taken, and abstracted from the United States mail, knowing the same to have been stolen, taken, and abstracted from an authorized depository for mail matter, namely, mail matter placed into the U.S. mail by G.S., D.P., and K.P., whose identities are known to the Grand Jury, and mail belonging to others.

In violation of Title 18, United States Code, Section 1708.

A TRUE BILL

FOREPERSON, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

S. GAILLARD LADD
Assistant United States Attorney

KASEE S. HEISTERHAGEN
Chief, Criminal Division

FEBRUARY 2026